IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LAMARR A MCINTYRE,

    Plaintiff,
v.                              CASE NO. 5:17-cv-118-MCR-GRJ

GULF C.I.,

    Defendant.
_____/

# REPORT AND RECOMMENDATION

The Court ordered Plaintiff to file an amended complaint on the Court's form and a motion for leave to proceed as a pauper on or before May 25, 2017. ECF No. 3. As of this date, Plaintiff has failed to comply.

Accordingly, it is respectfully **RECOMMENDED** that this case should be **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** this 13th day of June 2017.

                            *s/ Gary R. Jones*
                            GARY R. JONES
                            United States Magistrate Judge

**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**